IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE ASUNCION, et al., | No. C 13-01811 WHA |
| Appellants, | |
| v. | **ORDER TO SHOW CAUSE** |
| JP MORGAN CHASE BANK, | |
| Appellee. | |

Appellants filed this bankruptcy appeal in April 2013. Since then, the parties have taken no steps to advance the action and the record on appeal has not been filed. The parties are **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute by **AUGUST 23 AT NOON**.

**IT IS SO ORDERED.**

Dated: August 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE