IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE ASUNCION, et al.,

    Appellants,

v.

JP MORGAN CHASE BANK,

    Appellee.

No. C 13-01811 WHA

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

    Appellants filed this bankruptcy appeal in April 2013 and since then have taken no steps to advance the action. The parties were ordered to show cause by August 23 at noon why this action should not be dismissed for failure to prosecute (Dkt. No. 4). The deadline is long past and neither party has submitted a response. This order finds that the parties have failed to prosecute and failed to respond to an order to show cause. The appeal is accordingly **DISMISSED**. The Clerk shall **CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: September 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE